# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2019

158392

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KAINTE DESHAWN HICKEY,
       Defendant-Appellant.

SC: 158392
COA: 343891
Wayne CC: 07-020825-FC

_____/

By order of May 22, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the July 19, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973), to determine whether the defendant was: (1) denied the effective assistance of trial counsel due to trial counsel's alleged failure to call the alibi witnesses now identified by the defendant, and (2) denied the effective assistance of appellate counsel on direct appeal due to that attorney's failure to raise the alleged ineffective assistance of trial counsel.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2019



Clerk

a1001